IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff | * * * | Civil No. 97-1320(SEC) |
| v. | * * | |
| C) Certificate of Deposit # 1052, in the name of Eladio Santiago Sánchez, in the amount of $59,000;<br>D) Monies in Checking and Savings Accounts # 48440, in the name of Eladio Santiago Sánchez;<br>E) Certificate of Deposit # 1050, in the name of Dulcilia Rodríguez Valdés, in the amount of $38,000;<br>F) Monies in Savings Account # 88510, in the name of Dulcilia Rodríguez Valdés<br>G) Certificate of Deposit # 1051, in the name of José Iván Santiago, in the amount of $38,000<br>H) Monies in Savings Account # 88520, in the name of José Iván Santiago;<br>I) Certificate of Deposit # 1053, in the name of Elizabeth Santiago, in the amount of $38,000;<br>J) Monies in Savings Account # 88530, in the name of Elizabeth Santiago<br>          Defendants | * * * * * * * * * * * * * * * * * * * |  |

## ORDER

Upon the parties' stipulation (**Docket # 43**) and in accordance with the terms contained therein, which are by reference incorporated in this order, defendant properties are hereby **RELEASED**.

**SO ORDERED.**
In San Juan, Puerto Rico, this 22 day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

44