IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 97-1320(SEC) |
| ) | |
| K) **ONE RURAL LOT LOCATED IN BARRIO** ) | |
| **CARRAIZO, TRUJILLO ALTO, MORE FULLY** ) | |
| **DESCRIBED IN THE PROPERTY REGISTRY OF** ) | |
| **THE COMMONWEALTH OF PUERTO RICO AS** ) | |
| **FOLLOWS:** ) | |
| ) | |
| RUSTICA: Parcela de terreno en el ) | |
| Barrio Carraizo del termino municipal ) | |
| de Trujillo Alto, Puerto Rico, con ) | |
| una cabida de 1,088.0090 metros ) | |
| cuadrados. En lindes por el NORTE, ) | |
| en 41.03 metros con el solar No. 5 ) | |
| del caso 89-19-E-335-SPLE; por el SUR, ) | |
| en dos distancias contínuas de 12.97 ) | |
| metros y 13.72 metros, ambas con la ) | |
| calle; por el SURESTE, en un arco de ) | |
| 20.79 metros con la calle; por el ESTE, ) | |
| en un arco de 12.38 metros con la ) | |
| calle; y por el OESTE, en 32.29 metros ) | |
| con el solar No. 29. ) | |
| ) | |
| Se segrega de la finca No. 21371, ) | |
| inscrita al folio 177 del tomo 382 de ) | |
| Trujillo Alto. Registro de la Propiedad,) | |
| Sección Cuarta de San Juan. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon motion by the United States, and after a review of the record in this case, this Court hereby:



ORDERS, ADJUDGES AND DECREES

that the Property Registrar for the Section IV, San Juan, Puerto Rico, record the following property in the name of the United States of America, free and clear of any liens and /or encumbrances:

K) **ONE RURAL LOT LOCATED IN BARRIO CARRAIZO, TRUJILLO ALTO, MORE FULLY DESCRIBED IN THE PROPERTY REGISTRY OF THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:**

RUSTICA: Parcela de terreno en el Barrio Carraizo del termino municipal de Trujillo Alto, Puerto Rico, con una cabida de 1,088.0090 metros cuadrados. En lindes por el NORTE, en 41.03 metros con el solar No. 5 del caso 89-19-E-335-SPLE; por el SUR, en dos distancias contínuas de 12.97 metros y 13.72 metros, ambas con la calle; por el SURESTE, en un arco de 20.79 metros con la calle; por el ESTE, en un arco de 12.38 metros con la calle; y por el OESTE, en 32.29 metros con el solar No. 29.

Se segrega de la finca No. 21371, inscrita al folio 177 del tomo 382 de Trujillo Alto. Registro de la Propiedad, Sección Cuarta de San Juan.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this /7 TH day of August 2001.

Salvador E. Casellas
United States District Judge